Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−12273−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mary Tunnero
  3364 Windsor Ave
  Toms River, NJ 08753−4856

Social Security No.:
  xxx−xx−2632

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/11/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 12, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mary Tunnero  
    Debtor

Case No. 16-12273-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Oct 12, 2018  
                      Form ID: 148     Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.

```
db               Mary Tunnero,    3364 Windsor Ave,    Toms River, NJ   08753-4856
cr              +AMALGAMATED BANK,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
cr              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                  80 Main Street, Suite 460,    West Orange, NJ 07052-5414
516875970       +Amalgamated Bank,    Amalgamated Bank,    275 Seventh Avenue,    New York, NY  10001-6708,
                  Attn: Loan Servicing, 6th Fl.
516875971       +Amalgamated Bank,    Amalgamated Bank,    275 Seventh Avenue,    New York, NY  10001,
                  Attn: Loan Servicing, 6th Fl.,    Amalgamated Bank 10001-6708
515988767        Bank of America,    4909 Savarese Cir,    Tampa, FL   33634-2413
516120738       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX  79998-2284
515988768        Bank of America, NA,    4909 Savarese Cir,    Tampa, FL  33634-2413
515988776        Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    PO Box 790040,
                  Saint Louis, MO  63179-0040
515988777        Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                  Saint Louis, MO  63179-0040
515988783        Joseph Tunnero,    3365 Windsor Ave,    Toms River, NJ   08753-4873
515988786        Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE   19809-3701
515988787        Pnc Bank,    PO Box 5570,    Cleveland, OH   44101-0570
517669165        Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC   29603-0675
517669166        Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC   29603-0675,
                  Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC   29603-0675
517635230       +THE BANK OF NEW YORK MELLON,    Shellpoint Mortgage Servicing,    P.O. Box 10675,
                  Greenville, SC 29603-0675
517635231       +THE BANK OF NEW YORK MELLON,    Shellpoint Mortgage Servicing,    P.O. Box 10675,
                  Greenville, SC 29603-067,    THE BANK OF NEW YORK MELLON,
                  Shellpoint Mortgage Servicing 29603-0675
516220395       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:13    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515988766        EDI: CITICORP.COM Oct 13 2018 03:33:00    At&T Universal Citi Card,    PO Box 6500,
                  Sioux Falls, SD  57117-6500
515988770        EDI: BANKAMER.COM Oct 13 2018 03:33:00    Bk of Amer,    PO Box 982238,
                  El Paso, TX  79998-2238
516264389        EDI: BANKAMER.COM Oct 13 2018 03:33:00    BANK OF AMERICA, N.A.,    PO BOX 31785,
                  TAMPA, FL 33631-3785
515988769       +EDI: BANKAMER2.COM Oct 13 2018 03:33:00    Bank Of America, NA,    100 North Tryon Street,
                  Charlotte, NC  28202-4000
515988772        EDI: CAPITALONE.COM Oct 13 2018 03:33:00    Capital One Bank USA N,    15000 Capital One Dr,
                  Richmond, VA   23238-1119
515988771        EDI: CAPITALONE.COM Oct 13 2018 03:33:00    Capital One,    Attn: Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT   84130-0285
516022223        EDI: CAPITALONE.COM Oct 13 2018 03:33:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
516261692        EDI: BL-BECKET.COM Oct 13 2018 03:33:00    Capital One NA,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA  19355-0701
516259881       +EDI: BASSASSOC.COM Oct 13 2018 03:33:00    Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
515988773        EDI: CHASE.COM Oct 13 2018 03:33:00    Chase Card,    PO Box 15298,
                  Wilmington, DE  19850-5298
515988774       +EDI: CHASE.COM Oct 13 2018 03:33:00    Chase Card Services,    PO Box 15298,
                  Wilmington, DE 19850-5298
515988775        EDI: CITICORP.COM Oct 13 2018 03:33:00    Citi,    PO Box 6241,    Sioux Falls, SD   57117-6241
516004862        EDI: DISCOVER.COM Oct 13 2018 03:33:00    Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
515988778        EDI: DISCOVER.COM Oct 13 2018 03:33:00    Discover Fin Svcs LLC,    PO Box 15316,
                  Wilmington, DE   19850-5316
515988779        EDI: DISCOVER.COM Oct 13 2018 03:33:00    Discover Financial,    Attn: Bankruptcy,
                  PO Box 3025,    New Albany, OH  43054-3025
515988780        EDI: TSYS2.COM Oct 13 2018 03:33:00    Dsnb Bloom,    9111 Duke Blvd,    Mason, OH   45040-8999
515988781        EDI: TSYS2.COM Oct 13 2018 03:33:00    Dsnb Bloomingdales,    Macy's Bankruptcy Dept.,
                  PO Box 8053,    Mason, OH   45040-8053
515988782        EDI: FORD.COM Oct 13 2018 03:33:00    Ford Credit,    National Bankrupcy Service Center,
                  PO Box 62180,    Colorado Springs, CO  80962-2180
516355854        EDI: BL-BECKET.COM Oct 13 2018 03:33:00    Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
515988784        EDI: CBSKOHLS.COM Oct 13 2018 03:33:00    Kohls/Capital One,    PO Box 3120,
                  Milwaukee, WI   53201-3120
```

```
District/off: 0312-3          User: admin              Page 2 of 3                    Date Rcvd: Oct 12, 2018
                              Form ID: 148             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515988785        +EDI: CBSKOHLS.COM Oct 13 2018 03:33:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
516170059        +EDI: MID8.COM Oct 13 2018 03:33:00      Midland Funding, LLC,    P.O. Box 2011,
                  Warren, MI 48090-2011
516274763         EDI: PRA.COM Oct 13 2018 03:33:00      Portfolio Recovery Associates, LLC,
                  c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
516275109         EDI: PRA.COM Oct 13 2018 03:33:00      Portfolio Recovery Associates, LLC,   c/o Qcard,
                  POB 41067,    Norfolk VA 23541
516505603        +E-mail/Text: jennifer.chacon@spservicing.com Oct 13 2018 00:16:27
                  Select Portfolio Servicing Inc as servicer,    3217 S Decker Lake Drive,
                  Salt Lake City, UT 84119-3284
515988788         EDI: RMSC.COM Oct 13 2018 03:33:00      Syncb/qvc,    PO Box 965005,    Orlando, FL  32896-5005
515988789         EDI: RMSC.COM Oct 13 2018 03:33:00      Synchrony Bank/Qvc,
                  GE Credit Retail Bank/Attn: Bankruptcy,    PO Box 103104,    Roswell, GA  30076-9104
516274809         EDI: BANKAMER.COM Oct 13 2018 03:33:00       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,
                  Bank of America,    POB 31785,    Tampa, FL  33631-3785
515988791         EDI: TFSR.COM Oct 13 2018 03:33:00      Toyota Financial Services,    PO Box 5855,
                  Carol Stream, IL  60197
515988790         EDI: CITICORP.COM Oct 13 2018 03:33:00      Thd/Cbna,    PO Box 6497,
                  Sioux Falls, SD  57117-6497
515988794         E-mail/Text: birminghamtops@sba.gov Oct 13 2018 00:15:41       US Small Business Administration,
                  801 Tom Martin Dr Ste 120,    Birmingham, AL  35211-6424
515988793         EDI: CITICORP.COM Oct 13 2018 03:33:00      Unvl/citi,    PO Box 6241,
                  Sioux Falls, SD  57117-6241
516227888         EDI: ECAST.COM Oct 13 2018 03:33:00       eCAST Settlement Corporation,    PO Box 29262,
                  New York NY 10087-9262
                                                                                                 TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              +Bank of America NA,    100 North Tryon St,    Charlotte, NC 28202-4000
515988792*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,     PO Box 5855,
                  Carol Stream, IL  60197-5855)
cr              ##+Bank of America, N.A., successor by merger to BAC,    c/o Koury Tighe Lapres Bisulca & Sommers,
                  1423 Tilton Road, Suite 9,    Northfield, NJ  08225,    UNITED STATES 08225-1857
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:

```
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    AMALGAMATED BANK nj.bkecf@fedphe.com
              Daniel E. Straffi    on behalf of Debtor Mary    Tunnero bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor    AMALGAMATED BANK nj.bkecf@fedphe.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 12, 2018
                              Form ID: 148             Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          John M. Sommers    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP JMSommers@KTLBSLAW.com, ktlbslaw@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA4 sobrien@flwlaw.com
          Sean M. O'Brien    on behalf of Creditor    Select Portfolio Servicing Inc as servicer for Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA4, Mortgage Pass-Throug sobrien@flwlaw.com
                                                                                                  TOTAL: 10