Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                       Case No.: 16–12273–KCF
                       Chapter: 13
                       Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary Tunnero
   3364 Windsor Ave
   Toms River, NJ 08753–4856

Social Security No.:
   xxx–xx–2632

Employer's Tax I.D. No.:

---

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 11, 2019</u>
                             <u>Kathryn C. Ferguson</u>
                             Judge, United States Bankruptcy Court